UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A.M. CASTLE & CO.,

    Plaintiff,

v.

Case No.:

PREMIERE MANUFACTURING
COMPANY LLC,

    Defendant.

_____/

## COMPLAINT

Plaintiff, A.M. Castle & Co. ("Castle Metals"), files this Complaint and alleges as follows:

1. Castle Metals brings this action against Defendant, Premiere Manufacturing Company LLC ("Premiere") for breach of contract/anticipatory repudiation.

2. Castle Metals seeks civil money damages in excess of $75,000.00, exclusive of interest, court costs, and attorney's fees.

## PARTIES AND JURISDICTION

3. Castle Metals is a corporation organized and existing under the laws of the State of Maryland, whose principal place of business is in Oak Brook, Illinois.

4. Premiere is a Florida limited liability company organized and existing under the laws of the State of Florida with a principal place of business located at 2300 S. Washington Avenue, Titusville, FL 32780.

FP 44493400.2

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 exclusive of interest, court costs, and attorney's fees and because Castle Metals and Premiere are citizens of different states.

6. Venue is proper in this Court because the acts giving rise to this dispute took place in and caused injury to Castle Metals in Brevard County and Seminole County, Florida.

7. All conditions precedent to the filing of this action have occurred, been waived, or been otherwise performed.

## STATEMENT OF FACTS

8. On or about March 1, 2022, Castle Metals issued a Price Quotation to Premiere (the "Price Quotation") (attached hereto as Exhibit A), setting forth, among other things, the per item cost of selling Alloy 8620, a popular steel widely used in many industries due to its relatively low cost and high quality.

9. Castle Metals' customers seeking Alloy 8620 often struggle with production, inventory, and supply chain issues and, therefore, contact Castle Metals to inquire if Castle could accommodate stocking programs to alleviate material shortage issues.

10. Contained in the Price Quotation is a statement to Premiere that the sale is subject to Castle Metals' Standard Terms and Conditions of Sale (a copy of which is attached hereto as Exhibit B).

11. Thereafter, on March 15, 2022, Premiere submitted a Purchase Order (attached hereto as Exhibit C) with respect to the purchase of 11,000 pounds per month of Alloy 8620 from Castle Metals, as set forth in the Price Quotation.

12. Premiere did not supply its own terms and conditions when it submitted the Purchase Order, nor did Premiere object to Castle Metals' incorporating its Standard Terms and Conditions of Sale into the parties' agreement.

13. Thus, the terms of the parties' agreement (hereafter referred to as the "Contract") incorporate the Price Quotation, Purchase Order and Castle Metals' Standard Terms and Conditions of Sale.

14. The Purchase Order contained an expected date (September 30, 2022) for initial release of the Alloy 8620 and further indicated that the per month deliveries would occur on a rolling 12-month basis once the releases began.

15. Like many of Castle Metals' customers seeking Alloy 8620, Premiere placed this order with Castle Metals based on Premiere's needs for a steady supply of material that would meet specifications (if any).

16. Castle Metals specifically informed Premiere that any order Premiere placed would be firm and irrevocable once Castle Metals placed the order with its steel mill vendor.

17. Additionally, Castle Metal's Standard Terms and Conditions of Sale states:

> **CHANGES OR CANCELLATIONS-** Should you find it necessary to change the specifications of your order while work is in progress, Castle will make every effort to accommodate you. However, it will be

necessary for Castle to charge you, and you agree to pay for, any services, labor, or materials that are discarded or unusable because of such changes requested by you. Should you for any reason desire to cancel an order, you agree to reimburse Castle for any and all costs and expenses that Castle may have incurred because of its performance under the order prior to your notification of cancellation. You also agree to pay for any material that has been cut or fabricated pursuant to your order that is unusable. Castle agrees to credit you with the scrap value of the material that is discarded.

18. Thereafter, on May 31, 2022, Premiere notified Castle Metals of Premiere's intent to cancel the Contract with Castle Metals.

19. Castle Metals informed Premiere that it had already placed the order with the steel mill and reminded Premiere that orders could not be canceled once Castle Metals placed them with the steel mill.

20. Nevertheless, Castle Metals agreed to check with the mill to try and cancel the order.

21. On June 2, 2022, Castle Metals informed Premiere that it could not cancel the entire Contract.

22. Castle Metals first agreed to absorb another steel (Alloy 9310) from Premiere's Purchase Order into its own inventory.

23. However, Castle Metals informed Premiere that it could not absorb the Alloy 8620, as production for 6 months' worth of the Purchase Order had already begun. Castle Metals informed Premiere that it expected Premiere to comply with its contractual obligations to take delivery of the Alloy 8620 on a rolling, monthly basis.

24. Castle Metals also informed Premiere that it canceled the remaining 6 months of Premiere's Purchase Order of Alloy 8620, per Premiere's cancelation request.

25. Thereafter, the parties engaged in written and verbal communications regarding the Purchase Order.

26. During each communication, Premiere unequivocally expressed its intent to refuse to accept and pay for any materials delivered pursuant to the Contract.

## COUNT I
## BREACH OF CONTRACT

27. Castle Metals re-alleges and incorporates by references paragraphs 1 through 26 as if fully set forth herein.

28. Castle Metals and Premiere entered into a binding agreement, which incorporated Castle Metals' Standard Terms and Conditions of Sale, the Price Quotation and the Purchase Order.

29. The Contract is a contract within the Uniform Commercial Code, because it is primarily for the sale of goods, specifically steel parts/components.

30. Pursuant to the Contract, Premiere is obligated to purchase 11,000 pounds of Alloy 8620 on a monthly basis, beginning when releases of the Alloy 8620 commence – which the Purchase Order indicated would be on or about September 30, 2022.

31. Castle Metals expressly informed Premiere that orders could not be canceled once placed with the steel mill.

32. On May 31, 2022, Premiere notified Castle Metals of Premiere's intent to cancel its Purchase Order with Castle Metals.

33. Castle Metals had already placed this order with its steel mill vendor and production had already begun for six months' worth of Premiere's Purchase Order of Alloy 8620.

34. Castle Metals notified Premiere of same on June 2, 2022 but indicated it would cancel the remaining 6 months of Premiere's Purchase Order.

35. Nevertheless, Premiere has clearly and positively indicated that it will not perform its obligations under the Contract, including Premiere unequivocally expressing intent to refuse to accept and pay for any materials delivered pursuant to the Purchase Order.

36. At the time of Premiere's repudiation, and at all relevant times, Castle Metals was willing and able to provide Premiere with the Alloy 8620 pursuant to the Contract and to perform all other obligations under the Contract.

37. Castle Metals cannot absorb the Alloy 8620 into its own inventory, nor can it resell it to another customer because it was manufactured specifically for Premiere.

38. Premiere's conduct here amounts to anticipatory repudiation of the Contract, pursuant to 672.610, Fla. Stat.

39. As a result of Premiere's breach of the Contract, Castle Metals will be injured and is entitled to damages in an amount to be proven at trial. 672.610, Fla. Stat. and 672.703, Fla. Stat.

## PRAYER FOR RELIEF

WHEREFORE, Castle Metals seeks judgment in its favor and against Premiere for breach of the Contract, awarding damages, costs, interest, and attorney's fees, pursuant to Section 18 of the Standard Terms and Conditions of Sale (as incorporated into the Contract), together with any such other and further relief deemed appropriate by the Court:

## JURY TRIAL DEMANDED

Castle Metals demands trial by jury on all issues so triable.

Dated: October 7, 2022

Respectfully submitted,

By: _/s/ Alex G. Desrosiers_
Andrew Froman, Esq.
Florida Bar No.: 0019429
afroman@fisherphillips.com
101 E. Kennedy Blvd.
Suite 2350
Tampa, FL 33602
Telephone: (813) 769-7500
Facsimile: (813) 769-7501

Alex G. Desrosiers
Florida Bar No. 1017763
Email: adesrosiers@fisherphillips.com
**FISHER & PHILLIPS LLP**
200 South Orange Avenue, Suite 1100
Orlando, Florida 32801
Telephone:  (407) 541-0888
Facsimile:  (407) 541-0887

*Attorneys for Plaintiff*